**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN FORSYTHE,<br><br>             Plaintiff,<br><br>      vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>             Defendants. | No. 3:20-cv-05869-BJR<br><br>STIPULATED MOTION AND ORDER TO STAY |

### I. STIPULATIION

The parties, by and through their respective attorneys of record, hereby move by stipulated motion for an Order to stay of this lawsuit for 90 days, until February 8, 2021.  The parties are requesting this stay so the parties can continue to explore resolution of the matter on an agreed basis while avoiding significant litigation costs.  The parties have had preliminary, but productive, discussions to attempt to resolve their disputes and intend to continue those discussions and potentially engage an independent mediator to assist them.

The parties respectfully submit that good cause exists for the parties' requested stay as a stay will allow the parties to continue to explore the possibility of resolving this matter without further litigation.

STIPULATED MOTION AND ORDER TO STAY  – PAGE 1
Cause No. 3:20-cv-05869-BJR

2800886 / 450.0113

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

If the case is resolved, the parties will file the appropriate paperwork with the Court. If the case is not resolved, the stay would expire on February 8, 2021, and the parties will request issuance of a revised Order Regarding Initial Disclosures, and Joint Status Report.

WHEREFORE, the parties respectfully request that the Court grant the Stipulated Motion for good cause shown and enter the proposed Order filed herewith.

**II. ORDER**

BASED UPON the above and foregoing stipulation, IT IS SO ORDERED.

DATED this 11th day of November, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

**FORSBERG & UMLAUF, P.S.**

By: *s/ Matthew S. Adams*
    Matthew S. Adams, WSBA # 18820
    Email: madams@foum.law

**Law Offices of Stephen M. Hansen, P.S.**

By: *s/ Stephen M. Hansen*
    Stephen M. Hansen, WSBA # 15642
    Email: steve@stephenmhansenlaw.com

**Nealey Law**

By: *s/ Scott P. Nealey*
    Scott P. Nealey
    Email: snealey@nealeylaw.com

STIPULATED MOTION AND ORDER TO STAY – PAGE 2
Cause No. 3:20-cv-05869-BJR

2800886 / 450.0113

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX