The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN FORSYTHE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | NO. 3:20-cv-05869 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL (FRCP 41(a)(1)(A)(ii)) |

## I. STIPULATION

COME NOW the above-named parties, through their respective counsel, and pursuant to FRCP 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, stipulate to the dismissal of the above-entitled matter without prejudice and without an award of costs to either party.

| | |
|---|---|
| Law Offices of STEPHEN M. HANSEN, P.S. | FORSBERG & UMLAUF, P.S. |
| *s/Stephen M. Hansen* | *s/Matthew S. Adams* |
| STEPHEN M. HANSEN, WSBA #15642<br>Of Attorneys for Plaintiff | MATTHEW S. ADAMS, WSBA #18820<br>Of Attorneys for Defendant |

STIPULATION FOR DISMISSAL - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

## II. ORDER

BASED UPON the above and forgoing stipulation, IT IS SO ORDERED.

DATED this 8th day of September, 2021

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATION FOR DISMISSAL - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax